**Ralph MERCER, Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Appellee.**

No. 10–2838.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 26, 2011.

Filed: Feb. 1, 2011.

Kathleen E. Overton, Daniel A. Parmele, Parmele Law Firm, P.C., Kansas City, MO, for appellant.

Jeremiah D. Hayes, Spec. Asst. U.S. Atty., Kansas City, MO (Beth Phillips, U.S. Atty., Kristi A. Schmidt, Chief Counsel, Region VII, Social Sec. Admin., Kansas City, MO, of counsel, on the brief), for appellee.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Ralph Mercer appeals the district court's[1] order dismissing his 42 U.S.C. § 405(g) action. Upon careful consideration of the record and Mercer's arguments for reversal, *see Boock v. Shalala,* 48 F.3d 348, 351 n. 2 (8th Cir.1995) (standard of review), we conclude that the facts do not show a violation of Mercer's due process rights. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.